IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DAVID LEE LENT, #2288548 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:20cv488 |
| | § | |
| DIRECTOR, TDCJ-CID | § | |

**ORDER OF DISMISSAL**

This case was referred to United States Magistrate Judge Christine A. Nowak, who issued a Report and Recommendation on August 10, 2020 (Dkt. # 8). The Magistrate Judge concluded that Petitioner's case should be dismissed for failure to prosecute. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections having been timely filed, the Court concludes the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court.

Accordingly, it is **ORDERED** the petition for writ of habeas corpus (Dkt. # 1) is **DISMISSED** without prejudice.  It is further **ORDERED** all motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED** this 8th day of September, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE